## IN THE SUPREME COURT OF THE STATE OF NEVADA

KIM DENNIS BLANDINO,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; THE HONORABLE
MICHELLE LEAVITT, DISTRICT
JUDGE; LAS VEGAS JUSTICE COURT;
AND JOSEPH S. SCISCENTO,
Respondents,
    and
THE STATE OF NEVADA; AND
JOSEPH LOMBARDO, SHERIFF,
Real Parties in Interest.

No. 85461

FILED

OCT 2 1 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

*ORDER DENYING PETITION FOR EXTRAORDINARY WRIT RELIEF*

This pro se original petition for extraordinary writ relief challenges various aspects of justice court and district court criminal proceedings.

Whether to issue extraordinary writ relief is solely within this court's discretion, *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 818 P.2d 849, 851 (1991), and it is petitioner's burden to demonstrate that such relief is warranted. *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004). One aspect of this burden requires that petitioners provide all documents essential to understand the matters set forth in the petition. NRAP 21(a)(4). Another requires that petitioners provide proof of service on the court and parties. NRAP 21(a)(1). Having

considered this petition in light of these standards, we conclude that petitioner has not demonstrated that our extraordinary intervention is warranted. Accordingly, we

ORDER the petition DENIED.

_____, C. J.
Parraguirre

_____, J.
Hardesty

_____, J.
Stiglich

cc:   Joseph S. Sciscento, Justice of the Peace
     Hon. Michelle Leavitt, District Judge
     Kim Dennis Blandino
     Attorney General/Carson City
     Clark County District Attorney
     Eighth District Court Clerk